UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DOUGLASS BENNETT, SR., ) | NO. CV 08-2389-RSWL(E) |
| Petitioner, ) | |
| v.  ) | JUDGMENT |
| CALIFORNIA BOARD OF PRISON TERMS, et al., ) | |
| Respondents. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: August 4, 2008.

RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE